# UNITED STATES DISTRICT COURT
for the
Southern District of California

ORDERED UNSEALED on 03/14/2023 s/ JudePeter

**SEALED**

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>All vehicles, gold, cash, jewelry, watches and assets listed in Attachment A ("**Target Assets**") | Case No.  '23  MJ0543<br><br>**NOT FOR PUBLIC VIEW** |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Romania_____ ~~District of~~ _____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All vehicles, gold, cash, jewelry, watches and assets listed in Attachment A ("Target Assets")

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____03/03/2023_____
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.        ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____Honorable Andrew G. Schopler_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  _____2/17/2023    6:27 PM_____

*Judge's signature*

City and state:  _____San Diego, California_____    _____Honorable Andrew G. Schopler, United States Magistrate Judge_____
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: '23 MJ0543 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

      a. a white 2019 Lamborghini Urus, Vin ZPBUA1ZL5KLA01530, purchased by Ionut Alexandru with Defendant 1, Eduard Ghiocel, present, on or about October 14, 2021 in all cash for $260,575.00 from Newport Beach Lamborghini in Newport Beach, California

      b. a 2020 or 2021 Ferrari Portofino that cost $230,000 registered in Romania on March 23, 2022 and driven by Eduard Ghiocel (Defendant 1) on an unknown date between March and August 2022 in Romania, according to the Romanian Directorate for Combating Organized Crime

      c. approximately $119,950 worth of jewelry, watches, and cash stolen from victims in Southern California, and money received from applying for California EDD benefits by Defendants 1-6 between March, 2020 and January, 2022

      d. approximately $733,092 worth of gold bars and coins purchased by Eduard Ghiocel (Defendant 1), Gabriel Ghiocel (Defendant 3), and Marius Ghiocel (Defendant 4) from Irvine Gold Mine in Irvine, California between August-December, 2021

      e. approximately $24,035.02 worth of cash or financial instruments from the 17 international wire transfers sent by Defendants 1-6 between February 10, 2020 and March 23, 2021 from locations in California to a variety of people in Ramnicu, Valcea, Romania

# ATTACHMENT B

I, a federal law enforcement officer or attorney of the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in Romania is subject to forfeiture to the United States of America under 18 U.S.C. §§ 981, 982 and 1963 and 21 U.S.C. § 853; and that this court has jurisdiction to issue this warrant under 18 U.S.C. § 981(b)(3), together with 28 U.S.C. §§ 1355(b)(1)(A) and 2461(c).

a. a white 2019 Lamborghini Urus, Vin ZPBUA1ZL5KLA01530, purchased by Ionut Alexandru with Defendant 1, Eduard Ghiocel, present, on or about October 14, 2021 for $260,575.00 from Newport Beach Lamborghini

b. a 2020 or 2021 Ferrari Portofino that cost $230,000 registered in Romania on March 23, 2022 and driven by Eduard Ghiocel (Defendant 1) on an unknown date between March and August 2022 in Romania, according to the Romanian Directorate for Combating Organized Crime

c. approximately $119,950 worth of jewelry, watches, and cash stolen from victims in Southern California, and money received from applying for California EDD benefits by Defendants 1-6 between March, 2020 and January, 2022

d. approximately $733,092 worth of gold bars and coins purchased by Eduard Ghiocel (Defendant 1), Gabriel Ghiocel (Defendant 3), and Marius Ghiocel (Defendant 4) from Irvine Gold Mine in Irvine, California between August-December, 2021

e. approximately $24,035.02 worth of cash or financial instruments from the 17 international wire transfers sent by Defendants 1-6 between February 10, 2020 and March 23, 2021 from locations in California to a variety of people in Ramnicu, Valcea, Romania